**Order entered August 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00870-CV

### IN RE ROBERT JOSEPH SCHMITT, Relator

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81160-00**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DISMISS** for want of jurisdiction relator's

July 22, 2019 petition for writ of mandamus.


/s/     DAVID L. BRIDGES
          JUSTICE